UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| David Niedrist | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 19-13809MDC |

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO IMPOSE THE AUTOMATIC STAY PERSUANT TO 11 U.S.C. § 362(c)(4)(A)(i)

AND NOW, this _14th_ day of _June_, 2019 upon consideration of the Motion of David Niedrist for an Imposing the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith as to all creditors and thus, the Automatic Stay shall be imposed pursuant to 11 U.S.C. § 362 (c)(4)(A)(i) as to all creditors and shall stay in effect without further Order of the Court, ~~contingent~~ _Conditioned_ upon the following:

1. The Debtor entering into a wage Order.
2. The Debtor entering into a stay current stipulation with the mortgage company, which _must provide for_ ~~can reference~~ staying current on both mortgage and Trustee payments (to be submitted to Debtor's Counsel by Mortgagee's Counsel)
3. If the Debtor's current case is dismissed for any reason, the Court shall enter a bar Order against refiling for a period of 24 months.

FURTHER ORDERED:

_Magdeline D. C____
Judge Magdeline D. Coleman