# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| David Niedrist | : Chapter 13 |
| | : |
| | : Case No. 19-13809MDC |
| Debtor(s) | : |

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this __17th__ day of __June__, 2019, upon consideration of the Debtor's application for payroll deductions, it is hereby

ORDERED that Monro, Inc., 200 Holleder Parkway, Rochester, NY 14615-3808, is directed to deduct from the wages of David Niedrist, Social Security Number ending in 8571. The amount to be deducted should be done in the sum of $662.00 twice per month, **beginning in July 2019**. The deducted sums are to be remitted as follows and to be continued until further Order of this Court:

$662.00 TWICE PER MONTH to: William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1799
Memphis, TN 38101-1799

DATED: _____

_Magdeline D. Coleman_
Judge Magdeline D. Coleman
Chief United States Bankruptcy Judge