United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13809-mdc
David M. Niedrist                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 1           Date Rcvd: Feb 27, 2020
                               Form ID: pdf900           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
```
db         +David M. Niedrist,    45 Indian Creek Entry,    Levittown, PA 19057-2714
cr         +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
14341344   +Bucks County Domestic Relations,    30 E Court St,    Doylestown, PA 18901-4319
14371739   +DEUTSCHE BANK NATIONAL TRUST COMPANY,    ATTN: Bankruptcy Dept,    PO Box 619096,
             Dallas TX 75261-9096
14345175   +Deutsche Bank National Trust Company,    C/O LAUREN BERSCHLER KARL,    P.O. Box 305,
             Ingomar, PA 15127-0305
14341346   +KML Law Group P.C.,    Suite 5000- BNY Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
14341347   +Mary Ellen Niedrist,    25 Spring Lane,    Levittown, PA 19055-2003
14341348   +Med Data Systems,    Attn: Bankruptcy Dept,    2001 9th Ave,    Suite 312,
             Vero Beach, FL 32960-6413
14341349   +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14341350    PECO,    P.O. Box 37629,    Prospect Park, PA 19076
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Feb 28 2020 03:33:58     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2020 03:33:40     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2020 03:33:53     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14342868   +E-mail/Text: bankruptcy@cavps.com Feb 28 2020 03:33:51     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14341345   +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Feb 28 2020 03:42:54     Exeter Finance Corp,
             PO Box 166008,    Irving, TX 75016-6008
14348030    E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 03:42:11     LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                                 TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor David M. Niedrist brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Deutsche Bank National Trust Company
               lkarl@rascrane.com, lbkarl03@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: David Niedrist | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy 19-13809 MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 2/27/2020

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY CHIEF JUDGE