IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| David M Niedrist | : |
| | : |
| | :     Case No. 19-13809MDC |
| | : |
| Debtor(s) | :     Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I, Brad J. Sadek, Esquire, hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

Dated:  March 17, 2020                             /s/ Brad J. Sadek, Esquire
                                                                                         Brad J. Sadek, Esquire
                                                                                          Sadek and Cooper
                                                                                          1315 Walnut Street, Suite 502
                                                                                          Philadelphia, PA 19107
                                                                                          215-545-0008