United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13809-mdc
David M. Niedrist                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: SaraR              Page 1 of 1            Date Rcvd: Apr 08, 2020
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.
db          +David M. Niedrist,    45 Indian Creek Entry,    Levittown, PA 19057-2714
cr          +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
              Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor David M. Niedrist brad@sadeklaw.com, bradsadek@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company
       bkgroup@kmllawgroup.com
      LAUREN BERSCHLER KARL    on behalf of Creditor    Deutsche Bank National Trust Company
       lkarl@rascrane.com, lbkarl03@yahoo.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                       TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>   David M Niedrist<br><br>Debtor(s) | : : : : : : | Chapter 13<br><br>Case No.: 19-13809MDC |
|---|---|---|

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,110.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: April 8, 2020

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge